# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of April, two thousand twenty-six,

IME WatchDog, Inc.,

      Plaintiff - Appellee,

v.

Safa Abdulrahim Gelardi, Vito Gelardi,

      Defendants - Appellants,

IME Companions LLC, Gregory Elefterakis, Roman Pollak, Anthony Bridda, Nicholas Elefterakis, Nicholas Liakis, Client Exam Services LLC, IME Management & Consulting LLC, Direct IME Services LLC,

      Defendants.

**ORDER**
Docket No. 26-616

A notice of appeal was filed on March 09, 2026. The Appellant's Acknowledgment and Notice of Appearance Form due March 27, 2026 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective April 24, 2026 if the Acknowledgment and Notice of Appearance Form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

